| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| (Rev. 01/24) | EP:21-CR-01882-DCG(1) |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 2:25-cr-00340-JAD-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Andrew Mendoza-Leyva | WD/TX | El Paso |
| X FILED  RECEIVED  ENTERED  SERVED ON  11/17/2025  CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY: _____ DEPUTY | NAME OF SENTENCING JUDGE | |
| | Senior U.S. District Judge, David C. Guaderrama | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/18/2025 | TO 08/17/2030 |

OFFENSE

Attempted Use of Interstate Facility to Transmit Information About a Minor; 18 U.S.C. §2425

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mendoza-Leyva is currently residing in Las Vegas, Nevada and does not have any ties to El Paso, Texas. The District of Nevada is now requesting a transfer of jurisdiction be initiated, as Mendoza-Leyva does not have intentions of returning to the Western District of Texas, El Paso Division.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Texas_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Nevada_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11-06-25
*Date*

*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/20/2025
*Effective Date*

*United States District Judge*

1

# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Andrew Mendoza-Leyva

Case No.: TO BE ASSIGNED

## SUPERVISION REPORT
## REQUESTING ACCEPTANCE OF JURISDICTION

November 17, 2025

TO:   U.S. District Judge:

On June 9, 2023, Andrew Mendoza-Leyva was sentenced by the Honorable United States District Judge, David C. Guaderrama, in the Western District of Texas to 60 months custody followed by five (5) years of supervised release for committing the offense Attempted Use of Interstate Facility to Transmit Information about a Minor; in Docket Number: 3:21CR01882-001. On December 17, 2024, a prerelease request was accepted to reside in the District of Nevada at his grandmother's home in Las Vegas, Nevada.

On August 18, 2025, Mendoza-Leyva commenced supervision in the District of Nevada. His supervision is scheduled to expire on August 17, 2030.

On October 16, 2025, the undersigned officer requested the transfer of jurisdiction for Mendoza-Leyva from the Western District of Texas.

On November 6, 2025, the Honorable David C. Guaderrama initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Mendoza-Leyva's case. The Honorable David C. Guaderrama has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.


Approved:                                              Respectfully submitted,


_____            _____
Donnette Johnson                                       Nickie Pipilakis
Supervisory United States Probation Officer            Senior United States Probation Officer